LAVINIA JACKSON *v.* COMMISSIONER
OF INCOME MAINTENANCE
(8988)

NORCOTT, LAVERY and LANDAU, Js.

Argued November 2—decision released November 9, 1990

*Judith Hoberman,* with whom, on the brief, was *Marcy Cohen,* for the appellant (plaintiff).

*Judith Merrill Earl,* assistant attorney general, with whom, on the brief, were *Clarine Nardi Riddle,* attor-

ney general, and *Richard J. Lynch,* assistant attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.